UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

MARTHA KINKOR, Personal
Representative of the Estate of
KENNETH KINKOR,

       Plaintiff,

v.

LAWRENCE NEWMAN, M.D.,
UNITED STATES OF AMERICA,
PETER BOSCO, M.D., and
CAPE COD HOSPITAL,

       Defendants.

C.A. NO. 1:15-CV-14126

---

## ANSWER OF THE DEFENDANT, PETER BOSCO, M.D., TO PLAINTIFF'S COMPLAINT

### FIRST DEFENSE

The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

The Defendant responds to the allegations of the Plaintiff's Complaint, paragraph by paragraph, as follows:

### Parties

1.    The Defendant neither admits nor denies the allegations contained in this paragraph of the Plaintiff's Complaint as he has no knowledge of same.

2.    The Defendant does not respond to the allegations contained in this paragraph as these allegations do not pertain to this Defendant.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

3.      The Defendant does not respond to the allegations contained in this paragraph as these allegations do not pertain to this Defendant.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

4.      The Defendant admits that he is a physician licensed to practice medicine in the Commonwealth of Massachusetts.

5.      The Defendant does not respond to the allegations contained in this paragraph as these allegations do not pertain to this Defendant.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

**Jurisdiction and Venue**

6.      The Defendant neither admits nor denies the allegations contained in this paragraph of the Plaintiff's Complaint as it contains averments of law to which no response is required.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

7.      The Defendant neither admits nor denies the allegations contained in this paragraph of the Plaintiff's Complaint as it contains averments of law to which no response is required.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

**Facts Common To All Counts**

8.      The Defendant does not respond to the allegations contained in this paragraph as the allegations refer to medical records, the contents of which speak for themselves.  To the extent that this paragraph may be construed as alleging any liability on behalf of the Defendant, such allegations are denied.

9.      The Defendant does not respond to the allegations contained in this paragraph as the allegations refer to medical records, the contents of which speak for themselves.  To the extent

2

that this paragraph may be construed as alleging any liability on behalf of the Defendant, such allegations are denied.

10.     The Defendant does not respond to the allegations contained in this paragraph as the allegations refer to medical records, the contents of which speak for themselves.  To the extent that this paragraph may be construed as alleging any liability on behalf of the Defendant, such allegations are denied.

11.     The Defendant does not respond to the allegations contained in this paragraph as the allegations refer to medical records, the contents of which speak for themselves.  To the extent that this paragraph may be construed as alleging any liability on behalf of the Defendant, such allegations are denied.

12.     The Defendant does not respond to the allegations contained in this paragraph as the allegations refer to medical records, the contents of which speak for themselves.  To the extent that this paragraph may be construed as alleging any liability on behalf of the Defendant, such allegations are denied.

13.     The Defendant does not respond to the allegations contained in this paragraph as the allegations refer to medical records, the contents of which speak for themselves.  To the extent that this paragraph may be construed as alleging any liability on behalf of the Defendant, such allegations are denied.

14.     The Defendant does not respond to the allegations contained in this paragraph as the allegations refer to medical records, the contents of which speak for themselves.  To the extent that this paragraph may be construed as alleging any liability on behalf of the Defendant, such allegations are denied.

15.     The Defendant does not respond to the allegations contained in this paragraph as the allegations refer to medical records, the contents of which speak for themselves.  To the extent

that this paragraph may be construed as alleging any liability on behalf of the Defendant, such allegations are denied.

16.     The Defendant does not respond to the allegations contained in this paragraph as the allegations refer to medical records, the contents of which speak for themselves.  To the extent that this paragraph may be construed as alleging any liability on behalf of the Defendant, such allegations are denied.

17.     The Defendant does not respond to the allegations contained in this paragraph as the allegations refer to medical records, the contents of which speak for themselves.  To the extent that this paragraph may be construed as alleging any liability on behalf of the Defendant, such allegations are denied.

18.     The Defendant denies the allegations contained in this paragraph.

19.     The Defendant denies the allegations contained in this paragraph.

20.     The Defendant denies the allegations contained in this paragraph.

21.     The Defendant denies the allegations contained in this paragraph.

22.     The Defendant denies the allegations contained in this paragraph.

23.     The Defendant denies the allegations contained in this paragraph.

24.     The Defendant denies the allegations contained in this paragraph.

25.     The Defendant does not respond to the allegations contained in this paragraph as these allegations do not pertain to this Defendant.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

26.     The Defendant does not respond to the allegations contained in this paragraph as these allegations do not pertain to this Defendant.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

27.     The Defendant does not respond to the allegations contained in this paragraph as these allegations do not pertain to this Defendant.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

28.     The Defendant denies the allegations contained in this paragraph.

29.     The Defendant denies the allegations contained in this paragraph.

30.     The Defendant denies the allegations contained in this paragraph.

31.     The Defendant denies the allegations contained in this paragraph.

**THIRD DEFENSE**

The Defendant, Peter Bosco, M.D., does not respond to the allegations contained in Counts I through XVI and Counts XXV through XXXII of the Plaintiff's Complaint as these allegations do not pertain to this Defendant.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

**FOURTH DEFENSE**

The Defendant, Peter Bosco, M.D., responds to the allegations contained in Counts XVII through XXIV of the Plaintiff's Complaint, paragraph by paragraph, as follows:

Count XVII

1.     The Defendant neither admits nor denies the allegations contained in this paragraph of the Plaintiff's Complaint as he has no knowledge of same.

2.     The Defendant admits that he is a physician licensed to practice his profession in the Commonwealth of Massachusetts.

3.     The Defendant neither admits nor denies the allegations contained in this paragraph of the Plaintiff's Complaint as it contains averments of law to which no response is required.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

5

4.      The Defendant admits that he is a physician skilled in the treatment of various illnesses and conditions.   The Defendant otherwise denies the allegations contained in this paragraph.

5.      The Defendant denies the allegations contained in this paragraph.

6.      The Defendant denies the allegations contained in this paragraph.

6.a.    The Defendant denies the allegations contained in this paragraph.

6.b.    The Defendant denies the allegations contained in this paragraph.

6.c.    The Defendant denies the allegations contained in this paragraph.

6.d.    The Defendant denies the allegations contained in this paragraph.

6.e.    The Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant denies that the Plaintiff is entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the Defendant for the costs and disbursements of this action.

<u>Count XVIII</u>

1.      The Defendant repeats, reiterates, and incorporates by reference each and every admission and denial as to each and every allegation contained in Paragraphs 1 through 6 of Count XVII of the Plaintiff's Complaint as if each were separately set forth here and at length.

2.      The Defendant neither admits nor denies the allegations contained in this paragraph of the Plaintiff's Complaint as it contains averments of law to which no response is required.   To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

3.      The Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant denies that the Plaintiff is entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the Defendant for the costs and disbursements of this action.

## Count XIX

1.      The Defendant neither admits nor denies the allegations contained in this paragraph of the Plaintiff's Complaint as he has no knowledge of same.

2.      The Defendant admits that he is a physician licensed to practice his profession in the Commonwealth of Massachusetts.

3.      The Defendant neither admits nor denies the allegations contained in this paragraph of the Plaintiff's Complaint as it contains averments of law to which no response is required.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

4.      The Defendant admits that he is a physician skilled in the treatment of various illnesses and conditions.  The Defendant otherwise denies the allegations contained in this paragraph.

5.      The Defendant denies the allegations contained in this paragraph.

6.      The Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant denies that the Plaintiff is entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the Defendant for the costs and disbursements of this action.

## Count XX

1.      The Defendant repeats, reiterates, and incorporates by reference each and every admission and denial as to each and every allegation contained in Paragraphs 1 through 6 of Count XIX of the Plaintiff's Complaint as if each were separately set forth here and at length.

1563254.v1

2.      The Defendant neither admits nor denies the allegations contained in this paragraph of the Plaintiff's Complaint as it contains averments of law to which no response is required.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

3.      The Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant denies that the Plaintiff is entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the Defendant for the costs and disbursements of this action.

## Count XXI

1.      The Defendant repeats, reiterates, and incorporates by reference each and every admission and denial as to each and every allegation contained in Paragraphs 1 through 6 of Count XVII of the Plaintiff's Complaint as if each were separately set forth here and at length.

2.      The Defendant denies the allegations contained in this paragraph.

3.      The Defendant denies the allegations contained in this paragraph.

4.      The Defendant denies the allegations contained in this paragraph.

5.      The Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant denies that the Plaintiff is entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the Defendant for the costs and disbursements of this action.

## Count XXII

1.      The Defendant repeats, reiterates, and incorporates by reference each and every admission and denial as to each and every allegation contained in Paragraphs 1 through 5 of Count XXI of the Plaintiff's Complaint as if each were separately set forth here and at length.

2.     The Defendant neither admits nor denies the allegations contained in this paragraph of the Plaintiff's Complaint as it contains averments of law to which no response is required.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

3.     The Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant denies that the Plaintiff is entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the Defendant for the costs and disbursements of this action.

## Count XXIII

1.     The Defendant repeats, reiterates, and incorporates by reference each and every admission and denial as to each and every allegation contained in Paragraphs 1 through 6 of Count XVII of the Plaintiff's Complaint as if each were separately set forth here and at length.

2.     The Defendant neither admits nor denies the allegations contained in this paragraph of the Plaintiff's Complaint as it contains averments of law to which no response is required.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

3.     The Defendant neither admits nor denies the allegations contained in this paragraph of the Plaintiff's Complaint as it contains averments of law to which no response is required.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

4.     The Defendant denies the allegations contained in this paragraph.

5.     The Defendant denies the allegations contained in this paragraph.

6.     The Defendant denies the allegations contained in this paragraph.

7.     The Defendant denies the allegations contained in this paragraph.

9

WHEREFORE, the Defendant denies that the Plaintiff is entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the Defendant for the costs and disbursements of this action.

Count XXIV

1.      The Defendant repeats, reiterates, and incorporates by reference each and every admission and denial as to each and every allegation contained in Paragraphs 1 through 7 of Count XXIII of the Plaintiff's Complaint as if each were separately set forth here and at length.

2.      The Defendant neither admits nor denies the allegations contained in this paragraph of the Plaintiff's Complaint as it contains averments of law to which no response is required.  To the extent that these allegations may be construed as alleging any liability on behalf of this Defendant, such allegations are denied.

3.      The Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Defendant denies that the Plaintiff is entitled to recover in any amount and demands that the Complaint be dismissed and judgment be entered in favor of the Defendant for the costs and disbursements of this action.

**FIRST AFFIRMATIVE DEFENSE**

The Defendant says that if the Plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the Defendant was not and is not legally responsible.

**SECOND AFFIRMATIVE DEFENSE**

The Defendant says that the amount of recovery for alleged conscious pain and suffering, if any, is limited to $500,000 by the provisions set forth in M.G.L. c. 231, §60H.

1563254.v1

**THIRD AFFIRMATIVE DEFENSE**

The Defendant says that the Plaintiff's recovery for past and future medical expenses is limited pursuant to the provisions of M.G.L. c. 231, §60G.

**FOURTH AFFIRMATIVE DEFENSE**

The Defendant says that the Plaintiff has failed to comply with the conditions precedent to the bringing of this action, as required by M.G.L. c. 231, §60L.

**FIFTH AFFIRMATIVE DEFENSE**

Pursuant to M.G.L. c. 231, §60B (Chapter 362 of the Acts of 1975), it is requested that a tribunal be convened within fifteen days to afford the Plaintiff an opportunity to present an offer of proof and substantiating evidence sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

**JURY DEMAND**

THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES.

Respectfully submitted,

PETER BOSCO, M.D.

By His Attorneys,

/s/ *Peter C. Knight*

Peter C. Knight, BBO #276000
pknight@morrisonmahoney.com
Stephen J. Orlando, BBO #687670
sorlando@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:    617-439-7500
Fax:        617-342-4928

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 27, 2016.

/s/ Peter C. Knight

Peter C. Knight

1563254.v1