UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

MARTHA KINKOR, Personal
Representative of the Estate of                           C.A. NO. 1:15-CV-14126
KENNETH KINKOR,

       Plaintiff,

       v.

LAWRENCE NEWMAN, M.D.,
UNITED STATES OF AMERICA,
PETER BOSCO, M.D., and
CAPE COD HOSPITAL,

       Defendants.

---

## MOTION OF THE DEFENDANT, PETER BOSCO, M.D., FOR REFERRAL TO STATE COURT FOR THE CONVENING OF A MEDICAL MALPRACTICE TRIBUNAL

The Defendant, Peter Bosco, M.D., hereby moves this Honorable Court for an order referring the Plaintiff's negligence claims to the Superior Court Department, Suffolk County, for the purposes of convening a medical malpractice tribunal as required by M.G.L. c. 231, §60B and made applicable to this Court by Feinstein v. Massachusetts General Hospital, 643 F.2d 880 (1st Cir. 1981).  Pursuant to M.G.L. c. 231, §60B, healthcare providers are entitled to have all matters arising out of an alleged error or mistake in the provision of professional services to be heard by a malpractice tribunal in the Superior Court to determine whether or not the plaintiff's evidence, if properly substantiated, is sufficient to raise a legitimate question of liability appropriate for judicial inquiry or whether the plaintiff's claim is merely an unfortunate medical result.  Leininger v. Franklin Medical Center, 404 Mass. 245 (1989).

**WHEREFORE**, Dr. Bosco hereby moves that the Plaintiff's claims of negligence against the Defendant be referred to the Suffolk County Superior Court for the convening of a medical malpractice tribunal.

Respectfully submitted,

PETER BOSCO, M.D.

By His Attorneys,

/s/ *Peter C. Knight*

Peter C. Knight, BBO #276000
pknight@morrisonmahoney.com
Stephen J. Orlando, BBO #687670
sorlando@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:    617-439-7500
Fax:        617-342-4928

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 27, 2016.

/s/ Peter C. Knight

Peter C. Knight

2