UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO: 1:15-CV-14126-NMG

|  |  |
|---|---|
| MARTHA KINKOR, PERSONAL REPRESENTATIVE OF THE ESTATE OF KENNETH KINKOR,<br>    Plaintiff,<br><br>v.<br><br>LAWRENCE NEWMAN, M.D., UNITED STATES OF AMERICA, PETER BOSCO, M.D. AND CAPE COD HOSPITAL,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

### DEFENDANT, CAPE COD HOSPITAL'S ANSWER
### TO THE PLAINTIFF'S COMPLAINT

The Defendant, Cape Cod Hospital, hereby responds to the Plaintiff's Complaint, paragraph by paragraph as follows:

### Parties

1. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

3. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

5. Cape Cod Hospital admits that it is a charitable corporation organized and existing under the laws of the Commonwealth of Massachusetts.

## Jurisdiction and Venue

6. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

7. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## Facts Common to All Counts

8. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

9. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

10. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

11. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

12. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

13. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

14. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

15. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

16. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

17. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

18. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

19. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

20. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

21. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

22. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

23. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

24. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

25. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

26. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

27. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

28. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

29. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

30. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

31. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## **Exhaustion of Administrative Remedies**

**Count I.**

Paragraphs 1-6: This Count does not assert a claim against Cape Cod Hospital.

994834.1

**Count II.**

Paragraphs 1-3:  This Count does not assert a claim against Cape Cod Hospital.

**Count III.**

Paragraphs 1-6:  This Count does not assert a claim against Cape Cod Hospital.

**Count IV.**

Paragraphs 1-3:  This Count does not assert a claim against Cape Cod Hospital.

**Count V.**

Paragraphs 1-5:  This Count does not assert a claim against Cape Cod Hospital.

**Count VI.**

Paragraphs 1-3:  This Count does not assert a claim against Cape Cod Hospital.

**Count VII.**

Paragraphs 1-7:  This Count does not assert a claim against Cape Cod Hospital.

**Count VIII.**

Paragraphs 1-3:  This Count does not assert a claim against Cape Cod Hospital.

**Count IX.**

Paragraphs 1-9:  This Count does not assert a claim against Cape Cod Hospital.

**Count X.**

Paragraphs 1-3:  This Count does not assert a claim against Cape Cod Hospital.

**Count XI.**

Paragraphs 1-6:  This Count does not assert a claim against Cape Cod Hospital.

**Count XII.**

Paragraphs 1-3:  This Count does not assert a claim against Cape Cod Hospital.

994834.1

**Count XIII.**

    Paragraphs 1-5:  This Count does not assert a claim against Cape Cod Hospital.

**Count XIV.**

    Paragraphs 1-3:  This Count does not assert a claim against Cape Cod Hospital.

**Count XV.**

    Paragraphs 1-6:  This Count does not assert a claim against Cape Cod Hospital.

**Count XVI.**

    Paragraphs 1-3:  This Count does not assert a claim against Cape Cod Hospital.

**Count XVII.**

    Paragraphs 1-6:  This Count does not assert a claim against Cape Cod Hospital.

**Count XVIII.**

    Paragraphs 1-3:  This Count does not assert a claim against Cape Cod Hospital.

**Count XIX.**

    Paragraphs 1-6:  This Count does not assert a claim against Cape Cod Hospital.

**Count XX.**

    Paragraphs 1-3:  This Count does not assert a claim against Cape Cod Hospital.

**Count XXI.**

    Paragraphs 1-5:  This Count does not assert a claim against Cape Cod Hospital.

**Count XXII.**

    Paragraphs 1-3:  This Count does not assert a claim against Cape Cod Hospital.

**Count XXIII.**

    Paragraphs 1-7:  This Count does not assert a claim against Cape Cod Hospital.

994834.1

**Count XXIV.**

    Paragraphs 1-3: This Count does not assert a claim against Cape Cod Hospital.

**Count XXV.**

1. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.
2. The defendant, Cape Cod Hospital, is a charitable entity organized under the laws of the Commonwealth of Massachusetts.
3. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.
4. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.
5. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.
6. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

WHEREFORE, the defendant, Cape Cod Hospital, demands that the plaintiff's Complaint be dismissed together with costs and attorneys' fees.

**Count XXVI.**

1. The defendant, Cape Cod Hospital, reaffirms all prior responses, as if expressly stated herein.
2. This paragraph of the plaintiff's Complaint calls for a legal conclusion to which no response is required. To the extent that this paragraph contains allegations of fact, such allegations are denied.
3. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

WHEREFORE, the defendant, Cape Cod Hospital, demands that the plaintiff's Complaint be dismissed together with costs and attorneys' fees.

**Count XXVII.**

1. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.
2. The defendant, Cape Cod Hospital, is a charitable entity organized under the laws of the Commonwealth of Massachusetts.

3. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

4. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

5. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

6. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

WHEREFORE, the defendant, Cape Cod Hospital, demands that the plaintiff's Complaint be dismissed together with costs and attorneys' fees.

### Count XXVIII.

1. The defendant, Cape Cod Hospital, reaffirms all prior responses, as if expressly stated herein.

2. This paragraph of the plaintiff's Complaint calls for a legal conclusion to which no response is required. To the extent that this paragraph contains allegations of fact, such allegations are denied.

3. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

WHEREFORE, the defendant, Cape Cod Hospital, demands that the plaintiff's Complaint be dismissed together with costs and attorneys' fees.

### Count XXIX.

1. The defendant, Cape Cod Hospital, is without knowledge of information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

2. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

3. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

4. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph

5. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph

WHEREFORE, the defendant, Cape Cod Hospital, demands that the plaintiff's Complaint be dismissed together with costs and attorneys' fees.

### Count XXX.

1. The defendant, Cape Cod Hospital, reaffirms all prior responses, as if expressly stated herein.

2. This paragraph of the plaintiff's Complaint calls for a legal conclusion to which no response is required. To the extent that this paragraph contains allegations of fact, such allegations are denied.

3. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

WHEREFORE, the defendant, Cape Cod Hospital, demands that the plaintiff's Complaint be dismissed together with costs and attorneys' fees.

### Count XXXI.

1. The defendant, Cape Cod Hospital, reaffirms all prior responses, as if expressly stated herein.

2. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

3. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

4. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

5. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

6. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

7. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

WHEREFORE, the defendant, Cape Cod Hospital, demands that the plaintiff's Complaint be dismissed together with costs and attorneys' fees.

### Count XXXII.

1. The defendant, Cape Cod Hospital, reaffirms all prior responses, as if expressly stated herein.

2. This paragraph of the plaintiff's Complaint calls for a legal conclusion to which no response is required. To the extent that this paragraph contains allegations of fact, such allegations are denied.

3. The defendant, Cape Cod Hospital, denies the allegations contained in this paragraph.

WHEREFORE, the defendant, Cape Cod Hospital, demands that the plaintiff's Complaint be dismissed together with costs and attorneys' fees.

994834.1

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Any recovery by the plaintiff is barred or must be reduced in accordance with the comparative negligence of the plaintiff pursuant to Mass. Gen. Laws Ch. 231B.

### SECOND AFFIRMATIVE DEFENSE

Any loss sustained by the plaintiff resulted from her own negligence, which was greater in degree than any negligence of the defendant, thus the plaintiff is barred from recovery in this action.

### THIRD AFFIRMATIVE DEFENSE

The acts complained of were not committed by a person for whose conduct the defendant was legally responsible.

### FOURTH AFFIRMATIVE DEFENSE

The plaintiff's Complaint fails to state a claim against the defendant upon which relief can be granted pursuant to Mass. R. Civ. P. 12(b)(6).

### FIFTH AFFIRMATIVE DEFENSE

This action is barred by operation of the applicable Statute of Limitations.

### SIXTH AFFIRMATIVE DEFENSE

Any recovery by the plaintiff is controlled by the medical malpractice statute.

### SEVENTH AFFIRMATIVE DEFENSE

The plaintiff having been informed of the risks involved consented to the medical procedures.

### EIGHTH AFFIRMATIVE DEFENSE

The defendant is a charitable organization and recovery by the plaintiff is barred or limited pursuant to General Laws, Chapter 231, Section 85K.

### NINTH AFFIRMATIVE DEFENSE

The defendant is entitled to an offset for all past and future medical expenses under the provisions of Massachusetts General Laws, Chapter 231, Section G and the "Affordable Care Act."

## TENTH AFFIRMATIVE DEFENSE

If the plaintiff had been harmed by the conduct of the defendants, which the defendants deny, the plaintiff's recovery is barred or diminished by reason of their failure to mitigate their damages.

**THE DEFENDANTS DEMAND A TRIAL BY JURY ON ALL ISSUES.**

Respectfully submitted,

The defendant,
Cape Cod Hospital,
By its attorneys,

/s/ - Edward T. Hinchey
Edward T. Hinchey, BBO #235090
Tanya K. Oldenhoff, BBO #651006
Sloane and Walsh, LLP
Three Center Plaza, 8th Floor
Boston, Massachusetts 02108
(617) 523-6010
ehinchey@sloanewalsh.com
toldenhoff@sloanewalsh.com

Date: January 29, 2016

994834.1

CERTIFICATE OF SERVICE

    I, Edward T. Hinchey, Esquire, do hereby certify that on this 29th day of January, 2016, I served a copy of the foregoing documents via first class mail, postage prepaid, to the following counsel of record:

For the Plaintiff:
Adam R. Satin, Esquire  BBO#633069
Lubin & Meyer, P.C.
100 City Hall Plaza
Boston, MA 02108

                                  /s/ - Edward T. Hinchey
                                  Edward T. Hinchey

994834.1