COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                                                SUPERIOR COURT
CIVIL ACTION NO:

| | |
|---|---|
| MARTHA KINKOR, PERSONAL REPRESENTATIVE OF THE ESTATE OF KENNETH KINKOR,<br>    Plaintiff,<br><br>v.<br><br>LAWRENCE NEWMAN, M.D., UNITED STATES OF AMERICA, PETER BOSCO, M.D. AND CAPE COD HOSPITAL,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### REQUEST OF THE DEFENDANT, CAPE COD HOSPITAL, FOR A MEDICAL MALPRACTICE TRIBUNAL

Pursuant to Massachusetts General Laws, Chapter 231, Section 60B, Defendant, Cape Cod Hospital, requests that this Court convene a Medical Malpractice Tribunal within the next fifteen (15) days, as provided by the Statute.

Based upon the allegations contained in the Plaintiff's Complaint, a request is made that the medical member of the Tribunal has a specialty in the area of Emergency Medicine.

                                                                     Respectfully submitted,
                                                                     The Defendant,
                                                                     CAPE COD HOSPITAL
Dated: January 29, 2016                                    By its attorneys,

                                                                     /s/ - Edward T. Hinchey
                                                                     Edward T. Hinchey, BBO #235090
                                                                     Tanya K. Oldenhoff, BBO #651006
                                                                     Sloane and Walsh, LLP
                                                                     Three Center Plaza, 8th Floor
                                                                     Boston, Massachusetts 02108
                                                                     (617) 523-6010
                                                                     ehinchey@sloanewalsh.com

996608.1