12

COMMONWEALTH OF MASSACHUSETTS
County of Suffolk
The Superior Court

Civil Docket **16-0618**

**Martha Kinkor Per Rep**
Plaintiff

v

**Lawrence Newman MD et al**
Defendant

ORDER OF RETRANSFER

Following the convening of a Medical Malpractice Tribunal with findings for the Plaintiff, the case is hereby ORDERED retransferred to the United States District Court for the District of Massachusetts.

Dated at Boston, Massachusetts this 23rd Day of May, 2018

By the Court, Douglas Wilkins
Regional Adminstrative Justice

I HEREBY ATTEST AND CERTIFY ON
5/29/18, THAT THE
FOREGOING DOCUMENT IS A FULL,
TRUE AND CORRECT COPY OF THE
ORIGINAL ON FILE IN MY OFFICE,
AND IN MY LEGAL CUSTODY.

MICHAEL JOSEPH DONOVAN
CLERK / MAGISTRATE
SUFFOLK SUPERIOR CIVIL COURT
DEPARTMENT OF THE TRIAL COURT

BY: _____
    Asst. Clerk

Michael Joseph Donovan
Clerk of the Courts

Assented to _____
Assistant Clerk Magistrate

Telephone: 617-788-8110

Commonwealth of Massachusetts
County of Suffolk
The Superior Court

Civil Action **16-0618**

**Martha Kinkor Pers Rep**
vs
**Lawrence Newman MD**

## FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on **March 16, 2018**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff(s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff _____Kinkor_____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant _____ because the plaintiff(s) action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorney fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, within his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: **March 16, 2018**

Justice of the Superior Court        **Douglas Wilkins, Associate Justice**
                                      Associate Justice of the Superior Court

Legal Member:                         **Michael Manning Esq.**
                                      Attorney-Tribunal Member

Medical Member:                       **Dr Michael Shear MD**
                                      Physician-Tribunal Member

notice sent
03.21.18
AS
L+MPC
ETH
TKO
STW
SO
LV
PCK
TAB
MMLP
(no)

## Commonwealth of Massachusetts
### County of Suffolk
### The Superior Court

Civil Action **16-0618**

**Martha Kinkor Pers Rep**
vs
**Peter Bosco MD**

## FINDING OF THE MEDICAL MALPRACTICE TRIBUNAL
(Pursuant to M.G.L. Chapter 231, Section 60(b) as amended)

The above entitled action came on for hearing before the appointed medical tribunal on **March 16, 2018**, and was argued by counsel, and thereupon, upon consideration thereof, the plaintiff (s) offer of proof, pleadings, hospital records and other documents presented, the tribunal finds:

*(1) For the plaintiff ___Kinkor_____ and that the evidence presented if properly substantiated is sufficient to raise a legitimate question of liability appropriate for judicial inquiry.

*(2) For defendant _____ because the plaintiff(s) action is merely an unfortunate medical result.

If a finding is made for the defendant or defendants in the above entitled action **the plaintiff may pursue the claim through the usual judicial process only upon filing bond in the amount of Six Thousand ($6,000.00) Dollars in the aggregate** secured by cash or its equivalent with the Clerk/Magistrate of this court, payable to the defendant or defendants in said action for costs assessed, including witness and expert fees and attorney fees if the plaintiff(s) does/do not prevail in the final judgment. The presiding justice may, within his/her discretion, increase the amount of the bond required to be filed. **If said bond is not posted within thirty (30) days of the tribunal's finding the action shall be dismissed.** Upon motion filed by the plaintiff(s), and a determination by the court that the plaintiff(s) is/are indigent said justice may reduce the amount of the bond but may not eliminate the requirement thereof.

Dated: **March 16, 2018**

Justice of the Superior Court

**Douglas Wilkins, Associate Justice**
Associate Justice of the Superior Court

Legal Member:

**Michael Manning Esq.**
Attorney-Tribunal Member

Medical Member:

**Dr Michael Shear MD**
Physician-Tribunal Member